CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 29 2010

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICARDO ANTONIO CREWS, | ) | Civil Action No. 7:09-CV-00115 |
| Petitioner, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| GENE JOHNSON | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the Respondent's motion to dismiss (Dkt. No. 9) is **GRANTED**, and the Petitioner's 28 U.S.C. § 2254 motion (Dkt. No. 1) is **DENIED**. A Certificate of Appealability, however, is **GRANTED**.

The Clerk is directed to strike the case from the active docket of the Court, and send copies of this Final Order and the accompanying Memorandum Opinion to the Petitioner and counsel of record for the Respondent.

ENTER: This 29th day of March, 2010

/s/ James C. Turk
Senior United States District Judge