Case 7:09-cv-00115-jct-mfu Document 17 Filed 04/08/10 Page 1 of 3

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 08 2010

F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# NOTICE OF APPEAL
# AND REQUEST FOR CERTIFICATE OF APPEALABILITY

United States District Court for the Western District
*(Name of Court to whom appeal is being sent)*

Ricardo A. Crews 349962
**Petitioner/Plaintiff**

V.                    File number 7:09-cv-00115

Gene Johnson, Director,
Virginia Dept. of Corrections
**Defendant/Respondent**

Notice is hereby given that Ricardo A. Crews, petitioner in the above named case, hereby appeal to the U.S. District Court
*(Court to whom appeal is being sent)*

from the judgment/order) of( Honorable James C. Turk )
*(Name of judge who entered order)*

entered in an action from ( U.S. District Court ) on the 29 d
*(Name of Court from which judgment was entered)*

of March, 2010.

S/ Ricardo Crews 349962
*(Name of person who is filing appeal)*

April 4, 2010

U.S. District Court
  Office of Clerk
    P.O. Box 1234
Roanoke, Virginia 24006


Dear Clerk,

    The applications enclosed are notices of appeal for the case written thereon. I did not apply for a Certificate of Appealability because this Honorable court issued me one on it's Final Order Civil Action No: 7:09-cv-00115 by the Honorable James C. Turk. I was not sure if I had to file this notice since an Certificate was issued, but in good faith I am notifying the Court with the enclosed (3) copies that I will be appealing. I am also informing this Honorable Court that I have sent a copy of this notice to Joshua Didlake, Assistant Attorney General 900 East Main Street, Richmond, Va. 23219, on April 4, 2010. I have not notified the 4TH Circuit of appeals in anyway, but have enclosed an extra copy respectfully pray that this court may do so.


Very Truly Yours,

X *Ricardo Crews*

Ricardo A. Crews 349962
Wallens Ridge Prison
P.O. Box 759
Big Stone Gap, Va. 24219

Ricardo A. Crews 349902
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, Va. 24219

United States District Court
for the Western District
Clerk's office
P.O. Box 1234
Roanoke, Va. 24006

BRISTOL VA 242
05 APR 2010 PM 1 L

RECEIVED
MAY - 8 2016
USDC Clerk's Office
Mail Room

MAILROOM
APR 05 2010

2010 GB8585
Mail it Back



THIS LETTER WAS EITHER [DEPARTMENT OF CORRECTIONS]... CENSORED OR INSPECTED. THE DEPARTMENT DOES NOT... ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS